# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ASHLEY GONZALEZ, | Case No. 1:16-cv-01682-LJO-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING DEFENDANT RICH TO PROVIDE NOTICE OF THE STATUS OF HIS STATE COURT CRIMINAL ACTION NO LATER THAN JANUARY 27, 2017 |
| v. | |
| COUNTY OF MERCED, et al., | |
| Defendants. | |

On January 25, 2017, the Court conducted oral argument on Defendant Rich's motion to stay. Defendant Rich's counsel, Marshall Bluestone, stated that a trial date should be set in Defendant Rich's state court criminal action during a proceeding scheduled for January 26, 2017. The trial date will be pertinent to the Court's analysis of Defendant Rich's motion to stay. Accordingly, IT IS HEREBY ORDERED that Defendant Rich shall file a notice of the status of his state court criminal action no later than January 27, 2017, including the date the trial is set to commence.

IT IS SO ORDERED.

Dated: **January 25, 2017**

UNITED STATES MAGISTRATE JUDGE

1