# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER CONTINUING REVIEW HEARING AS TO DEFENDANT RICH TO JULY 12, 2017, AT 10:00 A.M. |

On March 21, 2017, the Court granted Defendant Gregory Rich's ("Defendant Rich") motion to stay this action as to Defendant Rich at this time, but not as to Defendant County of Merced ("Defendant County") unless and until an answer is filed by Defendant County. (ECF No. 29.) The Court also set a review hearing as to Defendant Rich for May 24, 2017, at 10:00 a.m., before the undersigned. On May 15, 2017, Defendant Rich filed a status report. (ECF No. 37.) Based upon the status report, IT IS HEREBY ORDERED that the review hearing as to Defendant Rich is CONTINUED from May 24, 2017, to July 12, 2017, at 10:00 a.m. before the undersigned in Courtroom 9. Defendant Rich shall file a status report at least 7 days prior to the review hearing.

IT IS SO ORDERED.

Dated: __**May 16, 2017**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1