# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GONZALEZ,** | 1:16-cv-1682-LJO-SAB |
| **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (Doc. 43)** |
| v. | |
| **COUNTY OF MERCED and GREGORY M. RICH,** | |
| **Defendants.** | |

The Court previously adopted in full the Magistrate Judge's recommendation that the Court dismiss with leave to amend dismiss Plaintiff Ashley Gonazlez's *Monell*[1] claim against Defendant County of Merced ("the County"). Plaintiff filed a first amended complaint ("the FAC") in which she again asserts a *Monell* claim against the County. The Magistrate Judge has again issued Findings and Recommendations ("F&Rs") in which he recommends granting the County's motion to dismiss Plaintiff's *Monell* claim in the FAC, again with leave to amend. Plaintiff timely filed objections to the F&Rs to which the County timely responded. Docs. 44, 45.

In accordance with 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), the Court has conducted a de novo review of the record and finds that the F&Rs are supported by proper analysis and the record. Accordingly, the Court ORDERS that:

1. The F&Rs (Doc. 43) are ADOPTED IN FULL;

---

[1] *Monell v. Dep't of Soc. Servs. of City of N.Y.*, 436 U.S. 658 (1978).

1

2. Plaintiff's *Monell* claim is DISMISSED WITH LEAVE TO AMEND;

3. Plaintiff shall have one final opportunity to amend the complaint; and

4. Any amended complaint shall be filed by July 14, 2017.

IT IS SO ORDERED.

    Dated:   **June 28, 2017**           **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE