# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE AUGUST 30, 2017 HEARING ON DEFENDANT COUNTY OF MERCED'S MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>(ECF No. 56) |

　　　Pursuant to the stipulation of the parties, the hearing on Defendant County of Merced's motion to dismiss set for August 30, 2017 at 10:00 a.m. in Courtroom 9 (SAB) is HEREBY CONTINUED to September 13, 2017 at 10:00 a.m. in Courtroom 9 (SAB). <u>The briefing schedule shall be based on the August 30, 2017 hearing date</u>.

IT IS SO ORDERED.

Dated: __August 8, 2017__

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE