# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER CONTINUING REVIEW HEARING AS TO DEFENDANT RICH TO SEPTEMBER 13, 2017, AT 10:00 A.M.<br><br>(ECF No. 58) |

Pursuant to the stipulation of the parties (ECF No. 58), the review hearing as to Defendant Rich is HEREBY CONTINUED from August 18, 2017, to September 13, 2017, at 10:00 a.m. before the undersigned in Courtroom 9. Defendant Rich shall file a status report on or before September 6, 2017.

IT IS SO ORDERED.

Dated: **August 9, 2017**

UNITED STATES MAGISTRATE JUDGE

1