# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER CONTINUING DEFENDANT COUNTY OF MERCED'S MOTION TO DISMISS AND THE REVIEW HEARING AS TO DEFENDANT RICH TO SEPTEMBER 20, 2017, AT 10:00 A.M. |

On July 28, 2017, Defendant County of Merced filed a motion to dismiss. (ECF No. 51.) On August 9, 2017, the Court granted the parties' stipulation to continue the hearing on Defendant County of Merced's motion to dismiss to September 13, 2017. (ECF No. 57.) On August 10, 2017, the Court granted the parties' stipulation to continue the review hearing as to Defendant Rich to September 13, 2017. (ECF No. 59.) On August 23, 2017, Plaintiff filed a motion to lift the stay and permit discovery. (ECF No. 62.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, in the interest of judicial efficiency, IT IS HEREBY ORDERED that the hearing on Defendant County's motion to dismiss and the review hearing as to Defendant Rich are CONTINUED from September 13, 2017, to September 20, 2017, at 10:00 a.m. before the undersigned in Courtroom 9. As Defendant Rich's opposition to Plaintiff's motion to lift the stay should address the status of his criminal proceedings, Defendant Rich does not have to file a separate status report prior to the September 20, 2017 hearing.

IT IS SO ORDERED.

Dated: **September 1, 2017**

UNITED STATES MAGISTRATE JUDGE