# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ASHLEY GONZALEZ, | Case No. 1:16-cv-01682-LJO-SAB |
|---|---|
| Plaintiff, | ORDER RE NOTICE OF ERRATA RE DOCUMENT |
| v. | (ECF No. 72) |
| COUNTY OF MERCED, et al., | ORDER DISREGARDING ECF No. 70, PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO LIFT THE STAY |
| Defendants. | |

On August 23, 2017, Plaintiff filed a motion to lift the stay in this action. (ECF No. 62.) On September 13, 2017, Plaintiff filed a reply in support of the motion to lift the stay. (ECF No. 70.) That same day, Plaintiff filed a second reply in support of the motion to lift the stay. (ECF No. 71.) On September 14, 2017, Plaintiff filed a notice of errata requesting that ECF No. 70 be substituted with ECF No. 71, and that ECF No. 70 be removed from PACER and no longer accessible. (ECF No. 72.) While the Court cannot remove ECF No. 70 from the docket, the Court will disregard ECF No. 70.

Based upon the foregoing, it is HEREBY ORDERED that ECF No. 70, Plaintiff's reply in support of her motion to lift the stay, is DISREGARDED.

IT IS SO ORDERED.

Dated: **September 14, 2017**

UNITED STATES MAGISTRATE JUDGE