# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF MERCED, et al.,<br><br>  Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER FOLLOWING REVIEW HEARING AS TO DEFENDANT RICH<br><br>ORDER REQUIRING DEFENDANT RICH TO FILE A STATUS REPORT ON OR BEFORE FEBRUARY 15, 2018 |

On March 21, 2017, the Court granted Defendant Gregory Rich's ("Defendant Rich") motion to stay this action as to Defendant Rich at that time, but not as to Defendant County of Merced ("Defendant County") unless and until an answer was filed by Defendant County. (ECF No. 29.) On December 7, 2017, the Court granted in part Plaintiff's motion to lift the stay and the stay was lifted as to Defendant Rich for any evidence of a non-testimonial nature which does not implicate Defendant Rich's Fifth Amendment Rights. (ECF No. 79.) A review hearing was set for January 11, 2018. (ECF No. 79.)

On January 11, 2018, a review hearing as to Defendant Rich was held before the undersigned. Counsel Sanjay Schmidt and Panos Lagos appeared telephonically for Plaintiff, Roger Matzkind appeared telephonically for Defendant County, and Marshall Bluestone appeared telephonically for Defendant Rich. Mr. Bluestone stated during the review hearing that Defendant Rich's criminal trial is scheduled to begin on January 31, 2018. Therefore, the Court

1

shall require Defendant Rich to file a status report detailing the status of his criminal case on or before February 15, 2018. The parties should confer regarding the status of Defendant Rich's criminal case and if any party requests a review hearing, the status report should indicate the request for a review hearing.

Accordingly, IT IS HEREBY ORDERED that Defendant Rich shall file a status report detailing the status of his criminal case on or before February 15, 2018.

IT IS SO ORDERED.

Dated: **January 11, 2018**

UNITED STATES MAGISTRATE JUDGE