# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MERCED, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01682-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 91)<br><br>TWENTY DAY DEADLINE |

On June 1, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 4, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1